UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                                          :

In Re:   Appointment of Kenneth E. West         :        Misc. No. 21-
         Standing Chapter 13 Trustee
                                                          :

ORDER

To avoid any conflict of interest, preserve judicial economy, and for the administrative convenience of the court, on this 6th day of October 2021, the following matters are transferred to the docket of the Honorable Ashely M. Chan:

In Re:  Mary T. Duffy, Bky No. 16-17116

In Re:  Ernest Thompson, Bky No. 17-10912

In Re:  Susan S. Turbitt, Bky No. 17-17110

In Re:  James D. Taylor, Bky No. 17-17489

In Re:  Peter A. Adebanjo and Doris I Stiene-Adebanjo, Bky No. 18-10284

In Re:  Jean E. Lopez, Bky No. 18-11457

In Re:  Rahul Paul, Bky No. 18-12405

In Re:  Janet A. Addai, Bky No. 18-13818

In Re:  Omar J. Espinal and Jeneka Evans, Bky. No. 18-13821

In Re:  Steven Kitchens and Deborah Kitchens, Bky No. 18-15451

In Re:  Jennifer N. Chapman, Bky No. 18-16297

In Re:  Travelle Rivera, Bky No. 18-16854

In Re:  Alison Carey, Bky No. 18-16856

In Re:  Jeffrey Bruce Scott, Sr., Bky No. 19-13075

In Re:  Anthony E. Bartholomew and Melissa A. Bartholomew, Bky No. 19-14248

In Re:  Andrea Wright, Bky No. 19-14863

In Re:  Joanne McLuckie, Bky No. 19-15652

In Re:  Ruth E. Dandridge, Bky No. 19-16441

In Re:  Warren H. Reichle, III, Bky No. 19-17116

In Re:  Siobhan Donnelly, Bky No. 19-17149

In Re:  Gloria Kearse, Bky No. 20-11014

In Re:  Philip B. Smith, Bky No. 20-12371

In Re:  Irene Reed, Bky No. 20-13456

In Re:  Erika M. Stevenson, Bky No. 20-13545

In Re:  Joseph C. Quartapella, Bky No. 21-10002

In Re:  Kathleen E. Montano, Bky No. 21-10035

In Re:  Ella Ward, Bky No. 21-11032

In Re:  Tory M. Sammons, Bky No. 21-11192

_____
Magdeline D. Coleman
Chief Bankruptcy Judge